UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00112-3 |
| | ) | Judge Sharp |
| ADAM YATES | ) | |

# ORDER

Defendant has filed a Motion for Early Termination of Probation (Docket No. 118). The Government has filed no response in opposition to this Motion. Having considered the record and all of the relevant factors under 18 U.S.C. 3553(a) as required by 18 U.S.C. 3583(e), the Court hereby GRANTS Defendant's Motion. With that ruling, Defendant's prior-filed Motion for Early Termination of Special Conditions of Probations (Docket No. 117) is MOOT.

Defendant is hereby DISCHARGED from any further probation supervision. and this case is hereby closed.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE